IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

TUNICA WEB ADVERTISING, INC. AND
CHERRY L. GRAZIOSI,                                    PLAINTIFFS,

VS.                                           CIVIL ACTION NO. 2:03CV234-P-D

TUNICA CASINO OPERATORS ASSOCIATION,
INC., ET AL.,                                          DEFENDANTS.

## ORDER

These matters come before the court upon Defendants' motion to change venue to Oxford and the joinders filed thereto [204-1, 210-1, and 215-1] as well as Defendants' Combined Emergency Motion and Memorandum for an Extension of Deadlines Related to Discovery and Dispositive Motions and for a Continuance of the Current Trial Setting [251-1]. Upon due consideration of the motions and the responses thereto the court finds that the motion to change venue should be denied and that the relief requested in the latter motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendants' motion to change venue to Oxford and Joinders filed thereto [204-1, 210-1, and 215-1] are hereby **DENIED**;

(2) Defendants' Combined Emergency Motion and Memorandum for an Extension of Deadlines Related to Discovery and Dispositive Motions and for a Continuance of the Current Trial Setting [251-1] is hereby **GRANTED**; accordingly,

(2) Trial of this matter is **CONTINUED** from August 22, 2005 to Monday at 9:00 a.m. on December 5, 2005 at the U.S. Courthouse in Greenville, Mississippi;

(3) The discovery deadline is extended from June 14, 2005 to July 12, 2005; and

1

(4) The deadline for dispositive motions is extended to July 29, 2005.

**SO ORDERED** this the 6th day of June, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE