**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**TUNICA WEB ADVERTISING, INC. AND**
**CHERRY L. GRAZIOSI,**                                                                                 **PLAINTIFFS,**

**VS.**                                                                         **CIVIL ACTION NO. 2:03CV234-P-D**

**BARDEN MISSISSIPPI GAMING, LLC (d/b/a**
**"Fitzgerald's Casino and Hotel"); BL DEVELOPMENT**
**CORP. (d/b/a "Grand Casino Tunica"); ROBINSON**
**PROPERTY GROUP, LTD PARTNERSHIP (d/b/a**
**"Horseshoe Casino & Hotel"); TUNICA PARTNERS**
**II LP (d/b/a "Harrah's Tunica Mardis Gras Casino");**
**BALLY'S OLYMPIA LIMITED PARTNERSHIP**
**(d/b/a "Bally's Saloon & Gambling Hall"); HWCC-**
**TUNICA, INC. (d/b/a "Hollywood Casino Tunica");**
**BOYD TUNICA, INC. (d/b/a "Sam's Town Hotel &**
**Gambling"); and SHERATON TUNICA**
**CORPORATION (d/b/a"Sheraton Casino & Hotel"),**                    **DEFENDANTS.**

<u>**ORDER**</u>

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND**

**ADJUDGED** that:

(1)  The Casino Defendants' Motion for Summary Judgment [299-1] is hereby

**GRANTED**; therefore,

(2) All of Plaintiff Cherry Graziosi's claims against the casino defendants a **DISMISSED**

**WITH PREJUDICE** for lack of standing;

(3) All of Plaintiff Tunica Web Advertising, Inc.'s claims against the remaining

defendants are **DISMISSED WITH PREJUDICE**; and

1

(4) The defendants' counterclaims remain.

**SO ORDERED** this the 19th day of December, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE