IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

TUNICA WEB ADVERTISING, INC. AND
CHERRY L. GRAZIOSI,                                                              PLAINTIFFS,

VS.                                                      CIVIL ACTION NO. 2:03CV234-P-D

TUNICA COUNTY TOURISM ASSOCIATION;
BARDEN MISSISSIPPI GAMING, LLC (d/b/a
"Fitzgerald's Casino and Hotel"); BL DEVELOPMENT
CORP. (d/b/a "Grand Casino Tunica"); ROBINSON
PROPERTY GROUP, LTD PARTNERSHIP (d/b/a
"Horseshoe Casino &Hotel"); TUNICA PARTNERS II LP
(d/b/a "Harrah's Tunica Mardis Gras Casino");
BALLY'S OLYMPIA LIMITED PARTNERSHIP
(d/b/a "Bally's Saloon &Gambling Hall"); HWCC-
TUNICA, INC. (d/b/a "Hollywood Casino Tunica");
BOYD TUNICA, INC. (d/b/a "Sam's Town Hotel &
Gambling"); and SHERATON TUNICA
CORPORATION (d/b/a "Sheraton Casino & Hotel"),                    DEFENDANTS.

## PARTIAL FINAL JUDGMENT

This matter comes before the court upon Tunica County Tourism Commission's Motion for Determination and Finding Pursuant to FRCP 54(b) [403-1]. Upon due consideration of the motion, the court finds that same should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Tunica County Tourism Commission's Motion for Determination and Finding Pursuant to FRCP 54(b) [403-1] is **GRANTED**; accordingly,

(2) In accordance with the court's Order [387-1] granting Tunica County Tourism Commission's Motion for Summary Judgment and dismissing all of the plaintiffs' claims against

the Tunica County Tourism Commission with prejudice, the court finds that there is no just reason for delay for final judgment with regard to the plaintiffs' claim against Tunica County Tourism Commission.

**SO ORDERED** this the 27th day of March, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE