# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

TUNICA WEB ADVERTISING, INC. AND
CHERRY L. GRAZIOSI, PLAINTIFFS,

VS. CIVIL ACTION NO. 2:03CV234-P-D

BARDEN MISSISSIPPI GAMING, LLC (d/b/a
"Fitzgerald's Casino and Hotel"); BL DEVELOPMENT
CORP. (d/b/a "Grand Casino Tunica"); ROBINSON
PROPERTY GROUP, LTD PARTNERSHIP (d/b/a
"Horseshoe Casino & Hotel"); TUNICA PARTNERS
II LP (d/b/a "Harrah's Tunica Mardis Gras Casino");
BALLY'S OLYMPIA LIMITED PARTNERSHIP
(d/b/a "Bally's Saloon & Gambling Hall"); HWCC-
TUNICA, INC. (d/b/a "Hollywood Casino Tunica");
BOYD TUNICA, INC. (d/b/a "Sam's Town Hotel &
Gambling"); and SHERATON TUNICA
CORPORATION (d/b/a"Sheraton Casino & Hotel"), DEFENDANTS.

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that Defendants' Motion in Limine to Exclude Testimony of Plaintiff's Expert Alex Tajirian [347] is **DENIED**.

**SO ORDERED** this the 18th day of September, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE