**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**TUNICA WEB ADVERTISING, INC. and
CHERRY L. GRAZIOSI**                                                           **PLAINTIFFS**

**VS.**                                                                                       **CAUSE NO.: 2:03-cv-234-SA**

**TUNICA CASINO ASSOCIATION, INC., TUNICA
COUNTY TOURISM CORPORATION, BARDEN
MISSISSIPPI GAMING, LLC (d/b/a "Fitzgerald's
Casino and Hotel"), BL DEVELOPMENT CORP.
(d/b/a "Grand Casino Tunica"), CIRCUS CIRCUS
MISSISSIPPI, INC. (d/b/a "Gold Strike Casino Resort"),
ROBINSON PROPERTY GROUP, LTD PARTNERSHIP
(d/b/a "Horseshoe Casino & Hotel"), TUNICA
PARTNERS II L.P. (d/b/a "Harrah's Tunica Mardi Gras
Casino"), BALLY'S OLYMPIA LIMITED PARTNERSHIP
(d/b/a "Bally's Saloon & Gambling Hall"), HWCC-TUNICA,
INC. (d/b/a "Hollywood Casino Tunica"), BOYD TUNICA,
INC. (d/b/a "Sam's Town Hotel & Gambling"), and
SHERATON TUNICA CORPORATION (d/b/a
"Sheraton Casino & Hotel")**                                                       **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

On joint motion of Plaintiffs and six of the Defendants herein, Boyd Tunica, Inc. d/b/a Sam's Town Hotel & Gambling Hall; BL Development Corporation d/b/a Grand Casino Tunica; Tunica Partners II L.P. d/b/a Harrah's Tunica Mardi Gras Casino; Bally's Olympia Limited Partnership d/b/a Bally's Saloon & Gambling Hall; Sheraton Tunica Corporation d/b/a Sheraton Casino & Hotel; and Robinson Property Group Limited Partnership d/b/a Horseshoe Casino & Hotel (hereinafter collectively referred to as "Defendants"), the Court has been advised that all claims asserted or capable of assertion in the Amended Complaint of aforementioned Plaintiffs and Counterclaim of aforementioned Defendants have been fully and finally compromised and settled.

**IT IS THEREFORE ORDERED** that pursuant to Rule 41(a)(2) and Rule 54(b), Fed. R. Civ. Proc., the Court considers dismissal proper, expressly determines that there is no just reason for delay, and hereby dismisses all claims asserted by aforementioned Plaintiffs against the aforementioned identified six Defendants, Boyd Tunica, Inc. d/b/a Sam's Town Hotel & Gambling Hall; BL Development Corporation d/b/a Grand Casino Tunica; Tunica Partners II L.P. d/b/a

Harrah's Tunica Mardi Gras Casino; Bally's Olympia Limited Partnership d/b/a Bally's Saloon & Gambling Hall; Sheraton Tunica Corporation d/b/a Sheraton Casino & Hotel; and Robinson Property Group Limited Partnership d/b/a Horseshoe Casino & Hotel, with prejudice and all claims asserted by Defendants Boyd Tunica, Inc. d/b/a Sam's Town Hotel & Gambling Hall; BL Development Corporation d/b/a Grand Casino Tunica; Tunica Partners II L.P. d/b/a Harrah's Tunica Mardi Gras Casino; Bally's Olympia Limited Partnership d/b/a Bally's Saloon & Gambling Hall; Sheraton Tunica Corporation d/b/a Sheraton Casino & Hotel; and Robinson Property Group Limited Partnership d/b/a Horseshoe Casino & Hotel against Plaintiffs, with prejudice.

This Order shall have no effect on continuing claims against Defendant Barden Mississippi Gaming, LLC (d/b/a Fitzgerald's Casino and Hotel).

It is **ORDERED AND ADJUDGED** that this is a Judgment within the meaning of Rule 54(b), Fed. R. Civ. Proc.

So **ORDERED** this, the 3rd day of June, 2008.

<u>/s/ Sharion Aycock</u>
**U.S. DISTRICT COURT JUDGE**