**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**TUNICA WEB ADVERTISING, INC. and
CHERRY L. GRAZIOSI**                                                                 **PLAINTIFFS**

**VS.**                                                                                              **CAUSE NO.: 2:03-cv-234-SA**

**TUNICA CASINO ASSOCIATION, INC., TUNICA
COUNTY TOURISM CORPORATION, BARDEN
MISSISSIPPI GAMING, LLC (d/b/a "Fitzgerald's
Casino and Hotel"), BL DEVELOPMENT CORP.
(d/b/a "Grand Casino Tunica"), CIRCUS CIRCUS
MISSISSIPPI, INC. (d/b/a "Gold Strike Casino Resort"),
ROBINSON PROPERTY GROUP, LTD PARTNERSHIP
(d/b/a "Horseshoe Casino & Hotel"), TUNICA
PARTNERS II L.P. (d/b/a "Harrah's Tunica Mardi Gras
Casino"), BALLY'S OLYMPIA LIMITED PARTNERSHIP
(d/b/a "Bally's Saloon & Gambling Hall"), HWCC-TUNICA,
INC. (d/b/a "Hollywood Casino Tunica"), BOYD TUNICA,
INC. (d/b/a "Sam's Town Hotel & Gambling"), and
SHERATON TUNICA CORPORATION (d/b/a
"Sheraton Casino & Hotel")**                                                      **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

On joint motion of Plaintiffs and Defendant, HWCC-Tunica, Inc. d/b/a Hollywood Casino Tunica, all claims and the Amended Complaint of the Plaintiffs, having fully and finally compromised and settled, **IT IS THEREFORE ORDERED,** that pursuant to Rule 41(a)(2), *Fed. R. Civ. Proc.*, the Court considers dismissal proper and hereby dismisses Defendant, HWCC-Tunica, Inc. d/b/a Hollywood Casino Tunica, with prejudice.

**It is ORDERED AND ADJUDGED** that this is a Judgment within the meaning of Rule 54(b) of the Mississippi Rules of Civil Procedure.

So **ORDERED** this, the 3rd day of June, 2008.

                                                    **/s/ Sharion Aycock**
                                                  **U.S. DISTRICT COURT JUDGE**