# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**TUNICA WEB ADVERTISING, INC.**                                                          **PLAINTIFF**

**VS.**                                                        **CAUSE NO.: 2:03CV234-SA-JAD**

**BARDEN MISSISSIPPI GAMING, LLC**
**(d/b/a "Fitzgerald's Casino and Hotel")**                                **DEFENDANT**

## ORDER DENYING SUMMARY JUDGMENT

Pursuant to a memorandum opinion issued on this day, the Defendant's Renewed Motion for Summary Judgment [419] is **DENIED**.

So **ORDERED**, this the 11th day of August, 2008.

                                                                          **/s/ Sharion Aycock**
                                                                          **U.S. DISTRICT COURT JUDGE**